## CAUSE NO. CV0074291

| | | |
|---|---|---|
| **KERRY D. JAMES** | § | IN THE COUNTY COURT |
| | § | |
| **VS.** | § | OF GALVESTON COUNTY, TEXAS |
| | § | At Law |
| **JASON PAUL MINTER** | § | |
| | § | COUNTY COURT NUMBER ONE (1) |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/15/2015 10:16:02 AM
CHRISTOPHER A. PRINE
Clerk

### NOTICE OF APPEAL

This Notice of Appeal is filed by Kerry James, Petitioner, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1.    The trial court, cause number, and style of this case are as shown in the caption above.

2.    The judgment or order appealed from was signed on September 14, 2015

3.    Kerry James desires to appeal from the County Court at Law # 1 decision to not reinstate appellant's appeal from JP Court Cause No D82140021

4.    This appeal is being taken to either the First or Fourteenth Court of Appeals.

Respectfully submitted,

Elaine S. Michael
316 E. Edgewood Drive
Friendswood, Texas 77546
Tel: (281) 993-0700
Fax: (281) 993-0747
State Bar No. 14006250
Attorney for Petitioner

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel on the 12th day of October, 2015 as follows:

A copy of this notice is being filed with the appellate clerk in accordance with rule 25.1(e) of the Texas Rules of Appellate Procedure.

_____
Elaine S. Michael
Attorney for Petitioner